IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ISAAC NARANJO,** | : CIVIL ACTION NO. 1:20-CV-918 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **T. WALTER**, *et al.*, | : |
| Defendants | : |

## ORDER

AND NOW, this 16th day of September, 2021, upon consideration of the motions (Docs. 21-22) to compel discovery by plaintiff, and the parties' respective briefs in support of and opposition to said motions, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motions (Docs. 21-22) to compel discovery are DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania